IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GARY MONROE NOLAN,<br>Institutional ID No. 05756975, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-202-BV |
| LISA PERALTA, | § § § | |
| Defendant. | § | |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's complaint and all claims alleged therein are dismissed with prejudice.

**SO ORDERED.**

Dated: May 19, 2025.

_____
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE